BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Shanks* v. *Del., Lack. & West. R. R. Co.* (239 U. S. 556); *Matter of Bielmeier* v. *N. Y. C. R. R. Co.* (247 N. Y. 550); *Klochyn* v. *N. Y. C. R. R. Co.* (218 App. Div. 295). Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MARGARETA OTTO, Respondent, against ARTHUR H. MYERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dissmissed, with costs against the State Industrial Board, on the ground that the deceased employee when injured was not in the course of his employment. Van Kirk, P. J., Hinman, Davis and Hasbrouck, JJ., concur, Hill, J., dissents.

In the Matter of the Claim of VERA CARPENTER, Respondent, against TOWN OF LINDLEY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JULIA E. FLOOD, Respondent, against THOMAS CRIMMINS CONTRACTING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Mrs. M. B. MASTEN, Respondent, against ROSOFF SAND AND GRAVEL CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the employment in which claimant was working did not continue during substantially the whole year and claimant's average weekly wages were improperly calculated. (See *Matter of Geroux* v. *McClintic-Marshall Co.*, 225 App. Div. 434; *McDonald* v. *Burden Iron Co.*, 206 id. 571; *Testo* v. *Burden Iron Co.*, 211 id. 219.) Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of SAMUEL GREENBERG, Respondent, against FANCY CASE Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. —Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of SAMUEL HOLDER, Respondent, against GENERAL ACOUSTIC COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.